■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREG HAYWOOD, Appellant. [628 NYS2d 484] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered June 2, 1993, convicting defendant, after jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third and fifth degrees, and sentencing him, as a second felony offender, to concurrent terms of $6^{1}/_{2}$ to 13 years imprisonment on the third degree sale and possession counts and 2 to 4 years on the fifth degree possession count, unanimously affirmed.

Viewing the evidence in the light most favorable to the People and giving them the benefit of every reasonable inference (*People v Malizia*, 62 NY2d 755, *cert denied* 469 US 932), defendant's guilt was proven beyond a reasonable doubt by legally sufficient evidence, and upon an independent review of the facts the verdict was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490).

The issues raised concerning the credibility of the police officers were properly placed before the jury, and we find no reason to disturb its determination. Defendant's request for a missing witness charge was properly denied on the grounds of untimeliness and lack of sufficient specificity (*People v Gonzalez*, 68 NY2d 424, 427-428).

Finally, defendant's argument that the People failed to establish his knowledge of the weight of the drugs he possessed

is unpreserved for appellate review, and we decline to reach that issue under our interest-of-justice authority (*People v Gray*, 86 NY2d 11). Concur—Sullivan, J. P., Ellerin, Wallach, Asch and Williams, JJ.